```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


ANDREW C. RUCKS,                      )
  Plaintiff                           )
                                      )
          v.                          )    C.A. No. 12-cv-30057-MAP
                                      )
SPRINGFIELD TECHNICAL                 )
COMMUNITY COLLEGE, ET AL.,            )
  Defendants                          )
```

### MEMORANDUM AND ORDER REGARDING DEFENDANTS' MOTIONS TO DISMISS
(Dkt. Nos. 10 & 15)

June 25, 2012

PONSOR, U.S.D.J.

On May 9, 2012, the court heard argument on Plaintiff's Motion for Preliminary Injunction. Following argument, the court denied the motion.

At that time, two motions to dismiss were pending (Dkt. Nos. 10 & 15). The court ordered Plaintiff to file his opposition to the motions no later than June 8, 2012. Plaintiff has failed to comply with the court's order and has not opposed the motions.

For this reason, the motions to dismiss (Dkt. Nos. 10 & 15) are hereby ALLOWED. The clerk will enter judgment of dismissal. The case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge