# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW C. RUCKS,<br>    Plaintiff(s)<br><br>    v.<br><br>SPRINGFIELD TECHNICAL COMMUNITY COLLEGE, ET AL.,<br>    Defendant(s) | )<br>)<br>)<br>)  CIVIL ACTION NO. 3:12-cv-30057-MAP<br>)<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

**[ ]**   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[X]**   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing this case.

                                                                **SARAH A. THORNTON**,
                                                                CLERK OF COURT

Dated: June 25, 2012                                By /s/ *Maurice G. Lindsay*
                                                                Maurice G. Lindsay
                                                                Deputy Clerk

(Civil Judgment of Dismissal-3.wpd - 11/98)
      [jgm.]