# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW C. RUCKS,<br>    Plaintiff(s)<br><br>v.<br><br>SPRINGFIELD TECHNICAL COMMUNITY<br>COLLEGE, ET AL.,<br>    Defendant(s) | CIVIL ACTION NO. 3:12-cv-30057-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing this case.

                              **SARAH A. THORNTON**,
                              CLERK OF COURT

Dated: June 25, 2012            By /s/ *Maurice G. Lindsay*
                                    Maurice G. Lindsay
                                    Deputy Clerk

(Civil Judgment of Dismissal-3.wpd - 11/98)
        [jgm.]